2:17-CR-118-GZS

2017 AUG 22 P 3: 48

# Synopsis

| | |
|---|---|
| **Name:** | James Robinson |
| **Address:** **(City & State Only)** | Concord, New Hampshire |
| **Year of Birth and Age:** | 1957; 59 years old |
| **Violations:** | **Count One** – 18 U.S.C. § 641 Theft of Public Money<br>**Count Two** – 18 U.S.C. § 1347 Health Care Fraud<br>**Count Three** – 42 U.S.C. § 1383a(a)(3) Social Security Fraud<br>**Count Four** – 42 U.S.C. § 1383a(a)(2) Social Security Fraud<br>**Count Five** – 18 U.S.C. § 1001(a)(1) False Statements |
| **Penalties:** | **Counts One and Two** – Imprisonment for not more than 10 years, or a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3).<br>**Counts Three, Four and Five** – Imprisonment for not more than 5 years, or a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. These are Class D felonies pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | **Counts One through Five** – Not more than three years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts One through Five** – Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts One through Five** – Three years less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | Jon Goodman (appointed on a target letter) |
| **Primary Investigative Agency and Case Agent Name:** | US SSA/OIG Joseph D. DeSantis |
| **Detention Status:** | None. Notice and/or summons to counsel requested. |
| **Foreign National:** | No |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | No |
| **County:** | York (where defendant claimed he lived at the time of the fraud (Cornish)), (where defendants SSDI benefits were processed (Saco), and/or Kennebec where benefits administered (Augusta). |
| **AUSA:** | Halsey B. Frank |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count for a total of $500 (18 U.S.C. § 3013(a)(2)(A)). |