# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| | |
|---|---|
| Case Name: USA v. JAMES C. ROBINSON<br>Case No.: 2:17-cr-00118-GZS | Proceeding Type:<br>Jury Trial |

| | | |
|---|---|---|
| Presiding Judge: George Z. Singal<br>Courtroom Deputy: Lindsey Caron<br>Court Reporter: Dennis Ford | Government's Attorney:<br>Jeanne D. Semivan, AUSA<br>Craig M. Wolff, AUSA | Defendant's Attorney:<br>Jonathan M. Goodman, Esq.<br>Kevin G. Libby, Esq. |

| Gvt | Dft | Date | **WITNESS** |
|---|---|---|---|
| X | | 3/26/18 | Danielle Adams |
| X | | 3/26/18 | Page Cannon |
| X | | 3/26/18 | Edwina Damico |
| X | | 3/26/18 | Theresa Fournier |
| X | | 3/26/18 | Gary Robinson |
| X | | 3/26/18 | Susan Black |
| X | | 3/26/18 | Joseph DeSantis |
| X | | 3/27/18 | Joseph DeSantis (continued testimony) |
| X | | 3/27/18 | Wesley Sunderland |
| X | | 3/27/18 | Chad Morrison |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |