UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. James C. Robinson

DOCKET NO: 2:17-cr-00118-GZS

PROCEEDING TYPE: Jury Trial

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Application for SSI, dated 8/10/2004 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 2 | | | Review Statement for SSI Application, dated 11/3/2004 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 3 | | | Notice of Award, dated 11/10/2004 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 4 | | | Notice of Change in Payment, dated 11/30/2008 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 5 | | | Redetermination Summary for Continuing SSI, dated 6/1/2011 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 6 | | | Notice of Change in Payment, dated 6/9/2011 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 7 | | | Notice of Change in Payment, dated 11/27/2011 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 8 | | | Notice of Change in Payment, dated 11/25/2012 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 9 | | | Consultative Examination Report by Roger Zimmerman, Ph.D., dated 3/19/2014 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 10 | | | Cessation or Continuance of Disability Form (SSA Form 832), dated 4/10/2014 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 11 | | | Letter re: Continuing Eligibility for SSI, dated 4/11/2014 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 12 | | | Application Summary for Widower's Insurance Benefits, dated 4/14/2015 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 13 | | | Amendments to Application for Widower's Insurance Benefits, dated 4/14/2015 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 14 | | | Emergency Contact Information for Hope Robinson | 3/26/18 | 3/26/18 | | 3/26/18 |
| 15 | | | Hope Robinson's W2s Forms from 2008 through 2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 16 | | | 10B Jackson Street Signed Rental Agreement, dated 2/1/2008 | 3/26/18 | 3/26/18 | | 3/26/18 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 17 | | | Letter from Thomas Fredenburg to James and Hope Robinson, dated 6/4/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 18 | | | Letter from Thomas Fredenburg to James and Hope Robinson, dated 6/10/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 19 | | | Demand for Rent and Eviction Notice, dated 6/23/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 20 | | | Email Chain with Page Cannon, Thomas Fredenburg, and James Robinson, 6/24/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 21 | | | Email Chain with Thomas Fredenburg and James Robinson, 7/2/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 22 | | | Landlord and Tenant Writ w/Return of Service, dated 7/1/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 23 | | | Pro Se Appearance by James Robinson, dated 7/14/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 24 | | | Notice of Hearing Addressed to James Robinson, dated 7/14/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 25 | | | Fellowship Housing Letter to James & Hope Robinson, et al, dated 8/17/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 26 | | | Order of Notice, addressed to James Robinson, et al, dated 12/1/2009 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 27 | | | Agreement to Pay Unpaid Rent and Damages, approved 1/22/2010 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 28 | | | Short Term Disability Checks, dated 6/11/2013 to 8/26/2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 29 | | | Fellowship Housing Letter to Hope Robinson, w/signed severance agreement, 7/2/2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 30 | | | Fellowship Housing Letter to Hope Robinson, dated 7/26/2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 31 | | | Authorization to for James Robinson to Receive Spouse's Severance Check 8/5/2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 32 | | | Letter from AnthemLife dated 10/31/2013, with forms and long-term disability check | 3/26/18 | 3/26/18 | | 3/26/18 |
| 33 | | | ME/DHHS Annual Review December 2010 (12/13/2010) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 34 | | | ME/DHHS Annual Review December 2011 (1/9/2012) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 35 | | | ME/DHHS Annual Review December 2012 (12/11/2012) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 36 | | | ME/DHHS Annual Review December 2013 (12/31/2013) | 3/26/18 | 3/26/18 | | 3/26/18 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 37 | | | ME/DHHS Annual Review December 2014 (1/20/2015) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 28 | | | ME/DHHS Annual Review January 2016 (12/27/2015) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 39 | | | ME/DHHS Automated Client Eligibility System (“ACES”) Notes | 3/26/18 | 3/26/18 | | 3/26/18 |
| 40 | | | List of SNAP Disbursals from May 2008 through August 2015 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 41 | | | List of MaineCare Paid Claims from 5/1/2008 through 6/9/2015 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 42 | | | Dome Ledger for 60 Beacon Street | 3/26/18 | 3/26/18 | | 3/26/18 |
| 43 | | | 188 Cumberland St. Photo 1 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 44 | | | 188 Cumberland St. Photo 2 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 45 | | | 188 Cumberland St. Photo 3 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 46 | | | Marriage Certificate for James Robinson and Hope Watson, dated 3/22/2008 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 47 | | | Death Certificate for Hope Robinson, dated 10/27/2013 | 3/26/18 | 3/26/18 | | 3/26/18 |
| 48 | | | Bangor Savings Bank Debit Card Analysis Charts (Summary Exhibit) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 49 | | | EBT Card SNAP Benefits Analysis Charts (Summary Exhibit) | 3/26/18 | 3/26/18 | | 3/26/18 |
| 50 | | | Tax Assessment Data for 188 Cumberland Street, Cornish, ME | 3/26/18 | 3/26/18 | | 3/26/18 |
| 51 | | | Agent DeSantis Report | 3/26/18 | | | |
| | 2 | | Agent DeSantis Email | 3/27/18 | | | |
| | | 1 | Attested Indictment | | | | 3/27/18 |
| | | 2 | Jury Instructions | | | | 3/27/18 |
| | | 3 | Juror note | | | | 3/27/18 |
| | | | | | | | |
| | | | | | | | |