UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. James C. Robinson

DOCKET NO: 2:17-cr-00118-GZS

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| A | | | Town of Cornish 2014 Tax Bill | 7/18/18 | 7/18/18 | | 7/18/18 |
| B | | | Social Security Administration Notice of Award | 7/18/18 | 7/18/18 | | 7/18/18 |
| C | | | Government’s Trial Exhibit 12 | 7/18/18 | 7/18/18 | | 7/18/18 |
| | A | | Character Letter | 7/18/18 | 7/18/18 | | 7/18/18 |
| | B | | Character Letter | 7/18/18 | 7/18/18 | | 7/18/18 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |